

1  PHILLIP A. TALBERT
   United States Attorney
2  JARED C. DOLAN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

FILED
APR 27 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

PAMELA STEPHANIE EMANUEL,
GREGORY WAYNE LEE,
SERGIO DORIANTE SANCHEZ REYNA,
RUSSELL WHITE, III, and
BRITTANY ALEXANDRIA MAUNAKEA,

        Defendants.

CASE NO. 2:17-CR-0060 MCE

ORDER TO SEAL

(UNDER SEAL)

    The Court herby orders that the Indictment, the Petition of Assistant U.S. Attorney Jared C. Dolan to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until further order of the Court.

Dated: April 27, 2017

                                    HONORABLE KENDALL J. NEWMAN
                                    United States Magistrate Judge