PHILLIP A. TALBERT
United States Attorney
JARED C. DOLAN
AMY S. HITCHCOCK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>PAMELA EMANUEL ET AL.<br><br>               Defendants. | CASE NO. 2:17-CR-00060-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 22, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

1.      By previous order, this matter was set for status on June 22, 2017.

2.      By this stipulation, defendants Pamela Emanuel, Gregory Wayne Lee, Sergio Reyna and Brittany Maunakea now move to continue the status conference until July 27, 2017, and to exclude time between June 22, 2017, and July 27, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes nearly 20,000 pages of documents and over 15 compact discs containing media and electronic files. This discovery has recently been produced and/or made available for inspection and copying to counsel for defendants Emanuel, Lee, and Maunakea, and will be produced shortly to counsel for defendant Reyna as soon as the appropriate protective orders are in place.

      b)      Counsel for defendants desire additional time to review and copy discovery of this

matter, consult with their clients, review current charges, conduct investigation and research related to the charges, and to otherwise prepare for trial.

c)  Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)  The government does not object to the continuance.

e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 22, 2017 to July 27, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 20, 2017                          PHILLIP A. TALBERT
                                               United States Attorney


                                               /s/ Amy. S. Hitchcock
                                               AMY S. HITCHCOCK
                                               Assistant United States Attorney

Dated:  June 22, 2017                          /s/ Noa Oren for Mia Crager
                                               MIA CRAGER
                                               Counsel for Defendant
                                               PAMELA EMANUEL

Dated:  June 20, 2017                          /s/ Linda Fullerton
                                               LINDA FULLERTON
                                               Counsel for Defendant
                                               GREGORY WAYNE LEE

Dated:  June 20, 2017                          /s/ Steven B. Plesser
                                               STEVEN B. PLESSER
                                               Counsel for Defendant
                                               SERGIO REYNA

Dated:  June 20, 2017                          /s/ Michael D. Long
                                               MICHAEL D. LONG
                                               Counsel for Defendant
                                               BRITTANY MAUNAKEA

## ORDER

IT IS SO ORDERED.

Dated:  June 26, 2017

                                               _____
                                               MORRISON C. ENGLAND, JR
                                               UNITED STATES DISTRICT JUDGE