LINDA FULLERTON (83444)
PAUL FEUERWERKER (203616)
54 Railroad Ave.
Pt. Richmond, Ca 94801
Telephone: 510-232-4000
Fax: (510)-237-2898
ATTORNEYS FOR GREGORY LEE

# UNITED STATES OF DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:17-cr-00060-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER GRANTING CONTINUANCE OF GREGORY LEE'S SENTENCE |
| GREORY LEE, | |
| Defendant. | |

Client Gregory Lee requests that this sentencing date be continued until January 17, 2019 at 10:00 a.m. The AUSA has no objection and probation is available on that date.

///

///

Dated: November 30, 2018

Respectfully Submitted

_____/s/_____
Linda Fullerton
Attorney For Gregory Lee


_____/s/_____
GRANT B. RABENN
Assistant United States Attorney

ORDER

It is hereby ordered that the sentencing of Gregory Lee be vacated and continued from December 13, 2018 to January 17, 2019 at 10:00 a.m. in courtroom 7.

IT IS SO ORDERED.

Dated: December 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE