LINDA FULLERTON (83444)
PAUL FEUERWERKER (203616)
54 Railroad Ave.
Pt. Richmond, Ca 94801
Telephone: 510-232-4000
Fax: (510)-237-2898
ATTORNEYS FOR
GREGORY LEE

UNITED STATES OF DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

        Plaintiff,

v.

GREGORY LEE

        Defendant,

Case No. 2: 17 – CR-0060-MCE

STIPULATION AND
ORDER GRANTING CONTINUANCE
OF GREGORY LEE'S SENTENCE

    Gregory Lee requests that his sentencing date be continued from January 17, 2019 at 10:00 a.m. until February 21, 2019 at 10:00 a.m. The AUSA has no objection and probation is available on that date.

Dated: January 14th, 2019        Respectfully Submitted

                                        _____/s/_____
                                        Linda Fullerton
                                        Attorney For Gregory Lee

                                        _____/s/_____
                                        GRANT B. RABENN
                                        Assistant United States Attorney

Order

It is hereby ordered that the sentencing of Gregory Lee be vacated and continued from January 17 2019 to February 21, 2019 at 10:00 a.m. in courtroom 7.

IT IS SO ORDERED.

Dated: January 16, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE