HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
DAVID H. HARSHAW III, KY Bar #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone:    (916) 498-6666
Facsimile:     (916) 498-6656
David_Harshaw@fd.org


Attorneys for Defendant
GREGORY LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>GREGORY W. LEE,<br><br>*Defendant-Movant.* | Case No. 2:17-CR-60-MCE-DB-2<br><br>**SEALING ORDER**<br><br>JUDGE:  Hon. Morrison C. England, Jr. |

　　　　IT IS HEREBY ORDERED that the Request to Seal Exhibits B, C, D, E, and L to Defendant's Supplement to Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) be granted so that medical information and personal information is not available on the public docket.  The Request for Sealing and the five Exhibits are to be provided to the Court and Assistant United States Attorney Amy Schuller Hitchcock.  These documents shall remain under seal until further Order of the Court.

　　　　The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in Defendant's Request, sealing Defendant's Request and Exhibits B, C, D,

E, and L serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed.  In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing Defendant's Request and Exhibits B, C, D, E, and L that would adequately protect the compelling interests identified by the government.

**IT IS SO ORDERED.**

**Dated:  October 13, 2020**

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE