HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID H. HARSHAW III, KY #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
David_Harshaw@fd.org

Attorneys for Defendant
GREGORY W. LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREGORY W. LEE,<br><br>　　　　Defendant. | Case No.  2:17-CR-60-MCE-DB-2<br><br>STIPULATION AND ORDER TO ALLOW SUPPLEMENTATION AND SET BRIEFING SCHEDULE<br><br>JUDGE:  Hon. Morrison C. England, Jr. |

　　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, United States Attorney, McGregor W. Scott, through Assistant United States Attorney Amy Schuller Hitchcock, attorney for Plaintiff, and Federal Defender, Heather E. Williams, through Assistant Federal Defender David Harshaw, attorney for Defendant, Gregory W. Lee, that this Court allow the Federal Defender to supplement the pro se pleadings in this case.

　　　　Additionally, the parties stipulate that Plaintiff has until November 10, 2020 to respond to Mr. Lee's Motion for Reduction of Sentence and that Defendant has ten days from the filing of Plaintiff's response to file a reply.

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  October 6, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ David Harshaw*<br>DAVID HARSHAW<br>Assistant Federal Defender |
| | Attorneys for Defendant<br>Gregory W. Lee |
| Dated:  October 6, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
| By: | */s/ Amy Schuller Hitchcock*<br>AMY SCHULLER HITCHCOCK<br>Assistant U.S. Attorney |
| | Attorney for Plaintiff<br>United States of America |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order.

The Court orders that the Defendant's Supplement is filed.  The Court further orders that Plaintiff has until November 10, 2020 to file a response to Defendant's Motion for Reduction of Sentence and that Defendant has ten days to reply to any response by the Plaintiff.

IT IS SO ORDERED.

Dated: October 13, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE