PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00060-JAM-DB |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| GREGORY WAYNE LEE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a *pro se* motion for compassionate release on February 14, 2022. Docket No. 296. On February 15, 2022, the Court issued a minute order for the government to respond by March 4, 2022. Docket No. 297. On March 2, 2022, the Court appointed defense counsel. Docket No. 298.

2. Accordingly, by this stipulation, the parties jointly request that the Court modify the briefing schedule on the defendant's motion as follows:

    a) Defendant's supplemental motion to be filed on or before April 4, 2022;

    b) The government's response to the defendant's motion to be filed on or before April 18, 2022;

STIPULATION RE BRIEFING SCHEDULE                1

c) The defendant's reply to the government's response to be filed on or before April 25, 2022.

IT IS SO STIPULATED.

Dated:  March 3, 2022                          PHILLIP A. TALBERT
                                               United States Attorney

                                               /s/ MICHELLE RODRIGUEZ
                                               MICHELLE RODRIGUEZ
                                               Assistant United States Attorney


Dated:  March 3, 2022                          /s/ SANDRA GILLIES
                                               SANDRA GILLIES
                                               Counsel for Defendant
                                               GREGORY WAYNE LEE

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) Defendant's supplemental motion is due on or before April 4, 2022;

b) The government's response to the defendant's motion, is due on or before April 18, 2022;

c) The defendant's reply to the government's response, if any, is due on April 25, 2022.


IT IS SO FOUND AND ORDERED this 7th day of March, 2022.


                                               /s/ John A. Mendez
                                               THE HONORABLE JOHN A. MENDEZ
                                               UNITED STATES DISTRICT COURT JUDGE