UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cr-0060 JAM DB |
| Respondent, | |
| v. | ORDER |
| GREGORY WAYNE LEE, | |
| Movant. | |

Movant is a federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Movant claims he received ineffective assistance of counsel and his sentence was improperly calculated. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 4, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 295.) Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 4, 2022, (ECF No. 295) are adopted in full.

2. Movant's motion to vacate, set aside, or correct his sentence (ECF No. 219) be denied; and

3. The Clerk of Court be directed to close the companion civil case No. 2:20-cv-0053 MCE DB.

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: March 16, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE