Sandra Gillies
SBN 88665
P.O. Box 1515
Woodland, CA 95776
sandra-gillies@outlook.com
Phone/Fax 530-666-1908

Attorney for Gregory Lee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES,<br><br>            Plaintiff,<br><br>    v.<br><br>GREGORY WAYNE LEE,<br><br>            Defendant. | No. 2:17-cr-00060 JAM DB<br><br>**STIPULATION AND ORDER MODIFYING THE BRIEFING SCHEDULE FOR THE AMENDED REQUEST FOR SENTENCE REDUCTION** |
|---|---|

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through Sandra Gillies, his counsel of record, hereby stipulate as follows:

1. The defendant filed a pro se motion for compassionate release on February 14, 2022. ECF No. 296. On February 15, 2022, the Court issued a minute order for the government to respond by March 4,

United States v Lee, 2:17-cr-0060 JAM
Stipulation                                           1

2022. ECF No. 297. On March 2, 2022, the Court appointed defense counsel. ECF No. 298.
2. On March 7, 2022, the court approved a prior stipulation and ordered Mr. Lee's supplemental motion to be filed by April 4, 2022.  ECF No. 301.
3. The parties request in accordance with this stipulation that the Court modify the briefing schedule as follows:
   a. Mr. Lee's supplemental motion to be filed on or before May 4, 2022;
   b. The government's response to be filed on or before May 18, 2022;
   c. The defendant's reply to be filed on or before May 25, 2022.

IT IS SO STIPULATED.

Dated:  April 1, 2022

                  PHILLIP A. TALBERT United States Attorney

                  /s/ MICHELLE RODRIGUEZ

                  MICHELLE RODRIGUEZ Assistant United States Attorney

Dated: April 1, 2022

                  /s/ SANDRA GILLIES

                  SANDRA GILLIES Counsel for Defendant GREGORY WAYNE LEE

ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) Defendant's supplemental motion is due on or before May 4, 2022;

b) The government's response to the defendant's motion, is due on or before May 18, 2022;

c) The defendant's reply to the government's response, if any, is due on April 25, 2022.

IT IS SO FOUND AND ORDERED this 1st day of April, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE